UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-06278 |
| Christine N. Duplika | ) | |
| aka Christine Schubach | ) | Chapter:  13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER AUTHORIZING DEBTOR TO ENTER INTO A LOAN MODIFICATION**

    WHEREAS Quicken Loans Inc. (herein known as "Movant") has filed a Motion to Authorize Debtor to enter into a Loan Modification, and notice of said motion has been submitted and no objections have been filed hereto:

IT IS HEREBY ORDERED:

    1. Debtor is authorized to enter into the loan modification with Quicken Loans as to the real property located at 2110 Summerlin Drive, Aurora, IL 60503;

    2. Under the terms of the modified mortgage, the interest rate is fixed; the yearly rate is 4.000%, and the monthly principal and interest payment is $584.77.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 10, 2018

**Prepared by:**

/s/ Brenda Likavec