# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Christine N. Dupilka aka Christine Schubach_____ Case No. ___16-06278___ Chapter __13__

All Cases: Moving Creditor _____Quicken Loans Inc._____ Date Case Filed ___02/25/2016___

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed ___06/24/2016___

Chapter 7: ☐ No-Asset Report Filed on _____
  ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.  Collateral
    a.  ☑ Home
    b.  ☐ Car  Year, Make, and Model _____
    c.  ☐ Other (describe) _____

2.  Balance Owed as of Petition Date  $ _____139,201.96_____
    Total of all other Liens against Collateral $ _____

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral (must be supplied in *all* cases)  $ _____240,000.00_____

5.  Default
    a.  ☐ Pre-Petition Default
        Number of months _____    Amount $ _____

    b.  ☑ Post-Petition Default
        i.   ☑ On direct payments to the moving creditor
             Number of months __10__    Amount $ _____15,612.52_____

        ii.  ☐ On payments to the Standing Chapter 13 Trustee
             Number of months _____    Amount $ _____

6.  Other Allegations
    a.  ☐ Lack of Adequate Protection § 362(d)(1)
        i.    ☐ No insurance
        ii.   ☐ Taxes unpaid    Amount $ _____
        iii.  ☐ Rapidly depreciating asset
        iv.   ☐ Other (describe) _____

    b.  ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.  ☑ Other "Cause" § 362(d)(1)
        i.    ☐ Bad Faith (describe) _____
        ii.   ☐ Multiple Filings
        iii.  ☑ Other (describe) _____Post Petition Default_____

    d.  Debtor's Statement of Intention regarding the Collateral
        i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: _____September 6, 2019_____    _____/s/ Marc G. Wagman_____
                                                Counsel for Movant

(Rev. 12 /21/09)