## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-06278 |
| | ) | |
| Christine Duplika, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

### NOTICE OF MOTION

TO:  See attached Service List

PLEASE TAKE NOTICE that on August 7, 2020, at 10:15 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, or any other judge sitting in that judge's place, and present the Debtor's **Motion to Modify Plan**, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Christine Duplika, Debtor

By:___/s/  John J. Ellmann_____

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com

### CERTIFICATE OF SERVICE

I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 15, 2020, at or before 5:00 pm.

_____/s/  John J. Ellmann_____

# SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee: mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Christine Duplika
2110 Summerlin Drive
Aurora, IL 60503

Quicken Loans Inc.
635 Woodward Ave
Detroit, MI 48226

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181

CACH, LLC
POB 10587
Greenville, SC 29603-0587

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

Portfolio Recovery Associates, LLC
Successor to
One Main Financial Holdings, Inc.
(ONE MAIN FINANCIAL)
POB 41067
Norfolk, VA 23541

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-06278 |
| | ) | |
| Christine Duplika, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, by and through her attorneys, David M. Siegel & Associates, LLC, and in support of this Motion states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On February 25, 2016, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Glenn Stearns was appointed trustee, and the plan was confirmed on June 24, 2016.

3. The Debtor fell behind in her Trustee payments and couldn't catch up because her income decreased due to the COVID-19 pandemic.

4. The Debtor's income is now returning to normal. She will receive unemployment benefits and expects employment income to resume as COVID-19 related restrictions ease.

5. She can make payments to the Trustee now, but cannot cure the default.

6. The Debtor proposes to amend her chapter 13 plan pursuant to 11 U.S.C. §1329 and per the Coronavirus Aid, Relief and Economic Security (CARES) Act to defer the payment default to the end of the plan. The Debtor makes this proposal in good faith and with the intention of completing her chapter 13 plan.

7. Deferring the payment default will not cause the confirmed chapter 13 plan to run longer than 84 months.

WHEREFORE the Debtor prays this Honorable Court enter an order modifying the plan and for other such relief as this Court deems just and proper.

Respectfully Submitted,

/s/ John J. Ellmann

John J. Ellmann A.R.D.C. #6257894
Attorney for the Debtors

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-810